DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TRAVIS LEE MORGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0460
_____

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Travis Lee Morgan, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.